**J.** STEPHEN HOLT, Appellant, *v.* FIDELITY PHOENIX FIRE INSURANCE COMPANY OF NEW YORK, Respondent.

Argued April 16, 1948; decided May 20, 1948.

*Jack Goodman* for appellant.

*Nelson R. Pirnie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, THACHER and FULD, JJ. Dissenting: DESMOND and DYE, JJ., on the ground that plaintiff was entitled to summary judgment and an assessment of damages.